# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 15-mj-07218-JCB |
| v. | ) |
| | ) |
| Raza Ali, | ) |
| Muhammad Saleem Iqbal, | ) |
| Kaleem Ahmad, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF KATHRYN L. ALESSI

The undersigned, Kathryn L. Alessi of Sidley Austin LLP, hereby gives notice of her appearance as counsel for Defendant Raza Ali in the above-captioned matter.

Dated: January 8, 2016                             Respectfully submitted,

*/s/ Kathryn L. Alessi*
Kathryn L. Alessi, BBO #651110
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0364 (office)
kalessi@sidley.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document filed through the ECF will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 8, 2016.

*/s/ Kathryn L. Alessi*
Kathryn L. Alessi