AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| :--- | :--- |
| v. | ) |
| Raza Ali | ) Case No. 15mj 7218 JCB |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Raza Ali,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

violation of 15 U.S.C. § 376 (Jenkins Act/PACT Act), 18 U.S.C. § 2342 (Contraband Cigarette Trafficking Act), 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1956 (h) (Money Laundering Conspiracy)

Date: December 16, 2015

*Issuing officer's signature*

City and state: Boston, Massachusetts    Hon. Jennifer C. Boal, U. S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

FBI
12/21/2015    *Arresting officer's signature*

*Printed name and title*