UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
UNITED STATES OF AMERICA,       )
                                              )
v.                                           )
                                              ) Case No. 15-mj-07218-JCB
RAZA ALI, et al.                       )
                                              )
                                              )
_____

### UNOPPOSED MOTION OF DEFENDANT RAZA ALI
### TO EXTEND TIME TO POST BOND AND REQUEST FOR HEARING

Defendant Raza Ali, through his undersigned counsel, respectfully moves this Court for an extension of the time to post bond with the Court. In support of this Motion, Mr. Ali states as follows:

1. On December 21, 2015, this Court entered an Order setting the conditions of Mr. Ali's release, which included a $250,000 bond secured by real property, with bond to be posted with the Court by December 31, 2015. Upon the parties' motion, the Court thereafter entered an Order extending the time for Mr. Ali to post bond, up to and including January 7, 2016. On January 8, 2016, the Court granted a further request for extension of the time to post bond to January 21, 2016.

2. Counsel for Mr. Ali and Assistant United States Attorney Stephen P. Heymann have been engaged in discussions to determine whether the parties can reach an agreement to seek the Court's approval of a modification of Mr. Ali's conditions of release. These discussions include not just the question of whether security is required to secure his appearance, but also the question of whether the parties should seek further clarification of the terms of Mr. Ali's release with regard to Mr. Ali's business activities during the pendency of this matter as well as a few

other issues that the parties want to bring to the Court's attention.  The parties agree that it may be helpful to set a hearing date with the Court to discuss these issues and, in particular, seek clarification from the Court on certain conditions of release.  Mr. Ali therefore requests that the Court set a hearing date at a time and date convenient to the Court and the parties sometime before February 5, 2016.  The parties have agreed that the following dates are acceptable to them:  January 28 or 29; February 1 or 4.  In addition, Mr. Ali requests a further extension of time to post security up to and including the date set by the Court for the hearing.

      3.     Counsel for Mr. Ali has conferred with Assistant United States Attorney Stephen P. Heymann, who, on behalf of the government, does not oppose the relief sought in this motion.

     WHEREFORE, Defendant Raza Ali respectfully requests that this Court set a hearing date as requested above and modify the Order setting the conditions of Mr. Ali's release to extend the time for his posting of bond up to and including the date set by the Court for the hearing.

Dated:  January 21, 2016

                                               Respectfully submitted,

                                               */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, Massachusetts 02109
Ph: (617) 223-0330
jpirozzolo@sidley.com
kalessi@sidley.com

2

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), counsel for Defendant Raza Ali conferred with Assistant United States Attorney Stephen P. Heymann, who, on behalf of the government, does not oppose the relief sought in this motion.

### CERTIFICATE OF SERVICE

I hereby certify that on this day, January 21, 2016, I electronically filed the above Assented-To Motion of Defendant Raza Ali to Extend Time to Post Bond using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo