UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | M.B.D. 16-mc-91013-IT |
| | ) | |
| RAZA ALI, | ) | |
| Defendant | ) | |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The parties are concluding discussions regarding the possible resolution of this matter (which was initiated by a criminal complaint in <u>United States vs. Raza Ali, et al</u>, 15-mj-7218-JCB) that might result in a plea agreement and obviate the need for an indictment, and the requested continuance of the time in which an indictment or information must be filed will permit defense counsel to adequately confer with the defendant and allow the parties to further discuss and finalize the terms of any agreement, before the government is required to seek an indictment or information. Such an agreement, in conjunction with a pre-indictment plea, may work to the defendant's benefit or permit the government and the court to allocate their resources efficiently.

3. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from April 11, 2016 through and including May 6, 2016 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the

*Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to June 2, 2016; and (2) the period from April 11, 2016 through and including May 6, 2016 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
UNITED STATES DISTRICT JUDGE

Date: 4/13/2016